No. 779. HELVERING, COMMISSIONER OF INTERNAL REVENUE, v. GERHARDT;

No. 780. SAME v. WILSON; and

No. 781. SAME v. MULCAHY. February 28, 1938. Petition for writs of certiorari to the Circuit Court of Ap-

peals for the Second Circuit granted. The CHIEF JUS-TICE took no part in the consideration or decision of this application. *Acting Solicitor General Bell* for petitioner. *Messrs. Julius Henry Cohen* and *Austin J. Tobin* for respondents. Reported below: 92 F. 2d 999.